IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No.: 25-cr-186-(RDM) |
| v. | : |
| LINNELL SHELTON, | : |
| *Defendant*. | : |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint status report on behalf of both parties. Defense counsel has authorized government counsel to represent that they join in this report.

At the hearing on August 6, 2025, the Court ordered the parties to file a joint status report by August 20, 2025.

The Government previously provided discovery to Ms. Abe with the Federal Public Defender. The Government conferred with Mr. Ohm, who confirmed receipt of the discovery that was previously tendered.

The Government extended a plea offer to the Defendant on August 20, 2025.

To afford time to consider the plea offer, the parties are agreeing to toll the Speedy Trial Act until the next hearing in the interest of justice. The parties are requesting a new status hearing date in approximately forty-five days.

Dated: August 20, 2025

       Respectfully submitted,

       JEANINE FERRIS PIRRO
       U.S. ATTORNEY


By:  /s/ Travis Wolf
       TRAVIS WOLF
       Assistant United States Attorney
       N.Y. Bar No. 5483243
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 803-1670
       Travis.Wolf@usdoj.gov